Dismissed and Memorandum Opinion filed April 8, 2004









Dismissed and Memorandum Opinion filed April 8, 2004.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00123-CV

____________

 

JOHN
EICHELBERGER, Appellant

 

V.

 

AK STEEL, Appellee

 



 

On Appeal from the
113th District Court

Harris County, Texas

Trial Court Cause
No. 02-02886

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed January 27, 2004.

On March 29, 2004, appellant filed a motion to dismiss the
appeal because the case has been settled. 
See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed April 8, 2004.

Panel consists of Justices Yates,
Anderson, and Hudson.